**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

MUHAMMAD TALUKDER *et al*,

Plaintiffs,

v.

CITY OF NEW YORK and THE FIRE DEPARTMENT OF THE CITY OF NEW YORK

Defendants.

Case No. 1:25-cv-03895

**NOTICE OF FILING CONSENT TO JOIN FORMS**

Plaintiffs, by and through counsel, hereby file Consent to Join forms on behalf of the following individuals:

1. DANIELLE SQUILLARO
2. MICHAEL SQUILLARO
3. MANISH SRICHANDANI
4. SEBASTIAN STACK
5. LOWELL STEPHENS
6. WESLEY STERLING
7. ROSELLER SUBIDA
8. JAMES SUGGS
9. MD ABDUL SUMAN
10. GABRIEL SYLVESTER
11. AMIT TALUKDER
12. MUHAMMAD TALUKDER
13. AUNTARA TANDRA
14. HANY TAWADDROS
15. JEAN THIBAUD
16. JOSUE THIBAUD
17. CHINELLE THOMAS

18. CRYSTAL THOMAS
19. KATHERINE TORO
20. HIREN TRIVEDI
21. AKAKURU UCHE
22. MOHAMMAD UDDIN
23. RAFIQUE UDDIN
24. ATM ULLAH

The Consent to Join forms for the above-named opt-in Plaintiffs are attached hereto as Exhibit A.

Dated: May 13, 2025

Respectfully submitted,

*/s/ Sara L. Faulman*
Sara L. Faulman
Molly Elkin
Rachel Lerner
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., N.W.
Suite 1000
Washington, DC 20005
Phone: (202) 833-8855

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 13, 2025, the foregoing document and exhibit were served on all counsel of record via the Court's CM/ECF system.

*/s/ Sara L. Faulman*
Sara L. Faulman