# EXHIBIT A

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – 2025 FIRE INSPECTOR OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Squillaro Danielle Angela
Last Name First Middle

SIGNATURE DocuSigned by: D. Squillaro
0AFE472F756F4CC...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – 2025 FIRE INSPECTOR OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Squillaro Michael Angelo
Last Name First Middle

SIGNATURE Signed by: Michael Squillaro EF496D6C827A44B...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – 2025 FIRE INSPECTOR OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME SRICHANDANI MANISH B
Last Name First Middle

SIGNATURE DocuSigned by: [signature] 4CC0AE0BD2D3439...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – 2025 FIRE INSPECTOR OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Stack Sebastian Nicholas
Last Name First Middle

SIGNATURE Signed by: [signature] 51B1DC562DD049B...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – 2025 FIRE INSPECTOR OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Stephens Lowell Joseph
Last Name First Middle

SIGNATURE Signed by: B0A210FE38A64B7...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – 2025 FIRE INSPECTOR OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Sterling Wesley Mchardy
Last Name First Middle

SIGNATURE 

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – 2025 FIRE INSPECTOR OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME subida roseller de leon

Last Name First Middle

SIGNATURE DocuSigned by: BE8B71730FED453...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – 2025 FIRE INSPECTOR OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Suggs James William

Last Name First Middle

SIGNATURE DocuSigned by:
96BB0999A292400...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – 2025 FIRE INSPECTOR OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Suman Md Abdul Ahad
Last Name First Middle

SIGNATURE DocuSigned by: [signature] FD0B129708C84F1...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – 2025 FIRE INSPECTOR OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Sylvester Gabriel N/a
Last Name First Middle

SIGNATURE Signed by: 8642809C42C54AE...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – 2025 FIRE INSPECTOR OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Talukder Amit K
Last Name First Middle

SIGNATURE Signed by: 3E63BFF9FF964BD...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – 2025 FIRE INSPECTOR OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Talukder Muhammad I.
Last Name First Middle

SIGNATURE Signed by: [signature] 16865406A36544E...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – 2025 FIRE INSPECTOR OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Tandra Auntara Sarker
Last Name First Middle

SIGNATURE Signed by:
C133658065784AC...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – 2025 FIRE INSPECTOR OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME TAWADDROS HANY SHOHDY
Last Name First Middle

SIGNATURE DocuSigned by: [signature] 9D8D3E5810FB449...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – 2025 FIRE INSPECTOR OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Thibaud Josue A
Last Name First Middle

SIGNATURE DocuSigned by: Josue Thibaud
FBF2F6DECA194E8...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – 2025 FIRE INSPECTOR OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Thibaud Jean Etienne
Last Name First Middle

SIGNATURE
Signed by:
874BB30AE4314D9...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – 2025 FIRE INSPECTOR OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Thomas Chinelle Camille
Last Name First Middle

SIGNATURE Signed by: Chinelle C Thomas
48CAF05D0F15473...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – 2025 FIRE INSPECTOR OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Thomas Crystal Paula
Last Name First Middle

SIGNATURE Signed by: Crystal P Thomas
920D3AE95EE0463...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – 2025 FIRE INSPECTOR OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Toro Katherine Shirley
Last Name First Middle

SIGNATURE DocuSigned by: [signature] 380E964B9A63436...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – 2025 FIRE INSPECTOR OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME TRIVEDI HIREN B

Last Name First Middle

SIGNATURE Signed by: [signature] 1CFB9F2D97CA49C...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – 2025 FIRE INSPECTOR OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Uche Akakuru N
Last Name First Middle

SIGNATURE Signed by: Akakuru N. Uche
0A547929D28242D...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – 2025 FIRE INSPECTOR OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Uddin Mohammad Nasir
Last Name First Middle

SIGNATURE Signed by: B0A63217B9DB48E...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – 2025 FIRE INSPECTOR OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME Uddin Rafique -
Last Name First Middle

SIGNATURE DocuSigned by: [signature] 6DEF89B0B63248C...

**CONSENT TO SUE**
**REQUEST TO BECOME PARTY-PLAINTIFF – 2025 FIRE INSPECTOR OVERTIME PAY**

**I hereby consent to become a party plaintiff in an action against the City of New York to recover overtime wages and other relief under the Fair Labor Standards Act.**

NAME ULLAH ATM SHAHID
Last Name First Middle

SIGNATURE Signed by: [signature] 2B0DABD5C8B0455...